UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MELANIE E. DAMIAN, AS RECEIVER OF HIGHRISE ADVANTAGE, LLC,**

      **Plaintiff,**

v.　　　　　　　　　　　　　　　　　Case No.　6:24-cv-1699-CEM-RMN

**LALLTEAM, LLC, MELISSA MOHABIR BHAGAN, SOIREE EVENT AND CONFERENCE CENTER LLC,**

      **Defendants.**
_____/

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Motion for Entry of Default Final Judgment (Doc. 49). The United States Magistrate Judge issued a Report and Recommendation (Doc. 52), recommending that the Motion be granted. This cause is also before the Court on *sua sponte* review of the February 27, 2025 Order (Doc. 51), which set a deadline of August 5, 2025, for Plaintiff to "file a Notice of Voluntary Dismissal with Prejudice or any other motion it deems necessary to close out the case against Defendant Melissa Mohabir Bhagan."

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed, the Magistrate Judge's recommended disposition is accepted.

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 52) is **ADOPTED** and made a part of this Order.

2. Plaintiff's Motion for Entry of Default Final Judgment (Doc. 49) is **GRANTED**.

3. The Clerk is directed to enter default judgment in favor of Plaintiff and against Defendant Lallteam, LLC in the amount of $450,035 plus post-judgment interest at the statutory rate.

4. The Clerk is also directed to enter default judgment in favor of Plaintiff and against Defendant Soiree Event and Conference Center, LLC in the amount of $687,787.72 plus post-judgment interest at the statutory rate.

5. Thereafter, the Clerk is directed to terminate Lallteam, LLC and Soiree Event and Conference Center, LLC as Defendants and amend the case style accordingly.

6. **On or before September 9, 2025**, Plaintiff shall **SHOW CAUSE** as to why this case should not be dismissed as to Defendant Melissa

Mohabir Bhagan for failure to prosecute. Failure to do so will result in dismissal without further notice.

**DONE** and **ORDERED** in Orlando, Florida on September 2, 2025.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record